1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF CALIFORNIA

7          FRESNO DIVISION

8

9    STEPHEN GARCIA,                        1:10-cv-00605-SMS (PC)

10                  Plaintiff,              ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
11   v.                                     (MOTION #2)
                                                      and
12   F R E S N O   D E P A R T M E N T   O F    ORDER DIRECTING PAYMENT
     CORRECTIONS,                           OF INMATE FILING FEE BY SHERIFF
13                                          OF FRESNO COUNTY JAIL
                    Defendants.
14
     _____/
15
           Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave
16
     to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required
17
     by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is
18
     obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff
19
     is obligated to make monthly payments in the amount of twenty percent of the preceding month's
20
     income credited to plaintiff's trust account.  The Sheriff of the Fresno County Jail is required to send
21
     to the Clerk of the Court payments from plaintiff's account each time the amount in the account
22
     exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
23
           In accordance with the above and good cause appearing therefore, IT IS HEREBY
24
     ORDERED that:
25
                 1.  Plaintiff's application to proceed in forma pauperis is GRANTED;
26
                 **2.  The Sheriff of the Fresno County Jail or his designee shall collect payments**
27
     **from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the**
28

-1-

1   **preceding month's income credited to the prisoner's trust account and shall forward those**

2   **payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in**

3   **accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

4   **forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and**

5   **number assigned to this action.**

6               3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

7   plaintiff's in forma pauperis application on the Sheriff of the Fresno County Jail, via the court's

8   electronic case filing system (CM/ECF).

9               4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

10  Department, U.S.  District Court, Eastern District of California, Fresno Division.

11              5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

12  certified copy of his prison trust account statement for the six-month period immediately preceding

13  the filing of the complaint, if plaintiff has not already done so.

14

15  IT IS SO ORDERED.

16  **Dated:      April 27, 2010**          _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28